AGNES FARHART, Appellant, v. ALFRED F. MATULJAK, Respondent. MICHAEL G. FARHART, Appellant, v. ALFRED F. MATULJAK, Respondent. FARHART'S GARAGE, INC., Appellant, v. ALFRED F. MATULJAK, Respondent.— Motion for reargument or in the alternative for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur. [See 283 App. Div. 977.]